United States Court of Appeals
**Fifth Circuit**

**F I L E D**

**February 6, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-61173
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RONDALL MULLINS,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:02-CR-60-MPM-ALL
---------------------

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Rondall Mullins appeals the district court's revocation of his supervised release and imposition of a term of imprisonment. See 18 U.S.C. § 3583(g). He argues that the district court erred in not imposing substance-abuse treatment pursuant to 18 U.S.C. §3583(d) in lieu of incarceration. Mullins committed several violations of the conditions of his supervised release. Failure of a drug test was but one of those violations. Moreover, the district court considered but rejected the available treatment

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

options.  <u>See</u> 18 U.S.C. § 3583(d).  Accordingly, there was no error in the district court's revocation of supervised release and imposition of a term of imprisonment.

AFFIRMED.